UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

|  |  |  |
|---|---|---|
| In re: | : | |
| | : | |
| Toru Paul May | : | Case No.:  17-30086 |
| | : | Chapter 13 |
| Debtor. | : | Judge Thomas H. Fulton |
| | : | * * * * * * * * * * * * * * * * * * * * |
| | : | |

## AGREED ORDER RESOLVING MOTION FOR RELIEF FROM STAY (DOCKET NUMBER 15) AS TO REAL PROPERTY LOCATED AT 8003 BROADFERN DR, LOUISVILLE, KY 40291

This matter having come before the Court on the Motion for Relief from Stay which was filed in this court by MTGLQ Investors, L. P. ("Movant") , by and through its mortgage servicing agent Shellpoint Mortgage Servicing, as Docket Number 15; and it appearing to the Court that the parties have agreed to a course of action which will permit the continuation of the automatic stay conditioned upon certain provisions incorporated herein for the protection of Movant; and the Court, being otherwise fully advised in the premises, hereby issues the following Order with respect thereto:

1.      The Chapter 13 Plan filed herein on behalf of Toru Paul May ("Debtor") provided that said Debtor was to make regular monthly mortgage payments to Movant outside of the Plan in a regular monthly fashion.

2.      In breach of the terms of said Plan, the Debtor failed to make certain of the regular monthly mortgage payments to Movant; said payments are currently in default for the months of February 2017 and subsequent months, incurring a total post-petition arrearage of $4,107.52, which consists of 4 post-petition payments for February 2017 through May 2017 at $856.63 each, and attorney fees and costs of $681.00.

17-014905_BAS

3.  In order to eliminate said post-petition delinquency, the Debtor hereby agrees to pay to Movant, and Movant hereby agrees to accept a lump sum payment in the amount of $4,107.52 representing the post petition arrearage and attorney fees detailed above within 30 days of entry of this order.

4.  The Debtor hereby agrees to resume regular monthly mortgage payments outside the Plan directly to Movant for the June 1, 2017 regular monthly mortgage payment and to make all further monthly payments in a timely fashion.

5.  This Agreed Order remains in full force and effect in the event Debtor's case is dismissed by the Court and Debtor subsequently reinstates his case by order of the Court and/or the Movant obtains relief from stay and the stay is subsequently reinstated by order of the Court.

6.  The following are events of default under this Agreed Order: (a) Debtor fails to make the lump sum payment hereinabove described within 30 days of entry of this order; (b) Debtor fails to pay any future monthly mortgage payment so that the payment is not received by Movant on or before the last day of the month in which it is due (hereinafter, any of the events described above shall be referred to as a "Default").

7.  In the event of a Default, Movant shall send a letter with a ten (10) day opportunity for Debtor to respond, notifying the Debtor is in default under the terms of the Agreed Order. If no response is filed to said letter, Movant shall file a Certificate of Non-Compliance, and upon filing of a Certificate of Non-Compliance the stay shall be terminated without further hearing.

8.  Debtor's opportunity to cure the default shall be limited to three occurrences. Upon the occurrence of the fourth Default, the stay imposed by Section 362(a) of the Bankruptcy

Code with respect to Creditor, its successors and assigns shall be terminated without

further notice by the filing of a Certificate of Non-Compliance.

**IT IS SO ORDERED.**

Submitted by:


/s/ Amy E. Gardner

Amy E. Gardner (93532)
P.O. Box 165028
Columbus, OH  43216-5028
Telephone:  614-220-5611
Fax:  614-627-8181
Email:  aeg@manleydeas.com
Attorney for Creditor


/s/ Gred R. Simon
Fred R. Simon
1100 PNC Plaza
500 W. Jefferson Street
Louisville, KY  40202
Telephone:  502-581-1630
Fax: 502-581-1821
Email:  fredrun3@gmail.com
Attorney for Debtor


/s/ Toru Paul May
Toru Paul May
Debtor

Copies to:

Amy E. Gardner, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028
Columbus, OH  43216-5028 (notified by ecf)

Office of U.S. Trustee, Western District of Kentucky, Party of Interest, 601 West Broadway,
#512, Louisville, KY  40202 (notified by ecf)

William W. Lawrence, Chapter 13 Trustee, 310 Republic Plaza, 200 S. Seventh Street, Louisville, KY  40202 (notified by ecf)

Fred R. Simon, Attorney for Debtor, 1100 PNC Plaza, 500 W. Jefferson Street, Louisville, KY  40202 (notified by ecf)

Toru Paul May
Debtor, 8003 Broadfern Drive, Louisville, KY  40291 (notified by regular US Mail)

Toru Paul May, Debtor, 8003 Broadfern Dr, Louisville, KY 40291
(notified by regular US Mail)