UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

IN THE MATTER OF:                                                                                   Case No: 17-30086

TORU PAUL MAY

**TRUSTEE'S SHOW CAUSE REQUEST**

Comes the Chapter 13 Trustee and moves the Court to require the debtor(s) to show cause why the above case should not be dismissed for failure to make the plan payments required by the Order of Confirmation, and in support thereof states as follows:

1. Date of Order of Confirmation: 7/24/17
2. Amount of plan payment: $396.00 BI-WEEKLY
3. Duration of plan & percent to unsecured creditors: 60 Months -- 100% to unsecured
4. Date of last payment: Tuesday, July 25, 2017
5. Amount of arrearage: $1716 from August 2017 through September 2017

WHEREFORE, the Trustee requests that the debtor(s) be required to show cause why the above case should not be dismissed.

Tendered By:                                                                  */s/William W. Lawrence, Trustee*
William W. Lawrence, Trustee                                   William W. Lawrence
200 S. Seventh St.                                                         Chapter 13 Trustee
Suite 310                                                                       Western District of Kentucky
Louisville, KY 40202

Date: 9/27/2017